UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN, CSP-SOLANO,<br><br>　　　　　Respondent. | No.  2:14-cv-2268 MCE DAD P<br><br>**ORDER** |

　　　Petitioner, RACARDO JACKSON, hereby moves this Court for an order substituting MICHAEL BIGELOW, Attorney at Law, 331 J Street, Suite 200, Sacramento, CA 95814, telephone number: (916) 443-0217, as counsel for the Petitioner in the above-entitled case.

　　　This Court appointed the Federal Defender to represent Mr. Jackson on September 18, 2015.  Dkt 26. The Federal Defender's Office has determined that it is currently unable to represent Petitioner at this time.  Mr. Bigelow has agreed to represent Mr. Jackson.

/ / /

1

Mr. Bigelow is aware of the procedural posture of this case and has authorized the undersigned to sign this substitution motion on his behalf.

Dated: September 25, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Ann C. M<sup>c</sup>Clintock*
　　　　　　　　　　　　　　　　　　　　ANN C. M<sup>c</sup>CLINTOCK
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

　　　　　　　　　　　　　　　　　　　　Attorneys for Petitioner
　　　　　　　　　　　　　　　　　　　　RACARDO JACKSON

Dated: September 25, 2015　　　　　　　*/s/ Michael B. Bigelow*
　　　　　　　　　　　　　　　　　　　　MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　　Attorney at Law

## O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that MICHAEL B. BIGELOW, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 8, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/jack2268.sub

2