**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Racardo Jackson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON ) | No. 14-cv-2268-MCE-EFB (TEMP) P |
| ) | |
| Petitioner ) | STIPULATION FOR EXTENSION OF |
| ) | TIME TO FILE AMENDED FEDERAL |
| v. ) | PETITION AND MOTION TO STAY |
| ) | AND ABEY; ORDER |
| ) | |
| WARDEN OF CALIFORNIA STATE ) | |
| PRISON, SOLANO ) | |
| ) | |
| Respondent ) | |

**Background**

By this Court's previous Order a joint status report was filed on May 29, 2016.

As set forth in detail in that report, this is not the "run of the mill" habeas case and raises myriad complicated issues.

Petitioner had also indicated there that the he wishes to file an amended petition, and that is still his intent. As also set forth, petitioner intends to file a motion to stay and abey the federal petition pending exhaustion of certain federal claims not raised on appeal or by post conviction relief counsel. (The Court will recall that undersigned's CJA appointment was expanded to include the preparation and filing of a state habeas corpus petition in an effort to exhaust federal constitutional claims.)

It had been the intent of undersigned to complete all work on the state habeas petition by

this week, and that has been accomplished. But, undersigned has not been able to complete the proposed amended federal petition and motion to stay and abey as had been anticipated. In addition, and complicating matters, undersigned is leaving today to begin a 10-day, long standing family vacation. I will return the first week of July.

The parties have met and conferred and respondent's counsel has graciously agreed to permit petitioner additional time to file an amended petition for habeas corpus and a motion stay to abey the pending federal petition until such time as the federal claims are exhausted.

**Stipulation**

For the above reasons, the parties stipulate that petitioner's amended petition and motion to stay and abey may be filed on July 22, 2016.

It is further stipulated that, in addition to the forgoing agreement with respect filing dates, the parties also agree that none of respondent's defenses to the amended petition will be waived by this stipulation. Possible defense include, but are not limited to, respondent's possible defense that one or more of petitioner's federal claims, as may be set forth in the amended petition, are untimely and therefore time barred. Nor does this stipulation waive respondent's right to object to petitioner's motion to stay and abey the presently pending federal petition.

**IT IS SO STIPULATED**

Dated:  June 14, 2016                    /S/MICHAEL B. BIGELOW
                                         Michael B. Bigelow
                                         Attorney for Petitioner


Dated:  June 14, 2016                    /S/GREGORY OTT
                                         Greg Ott
                                         Attorney for Respondent

**ORDER**

**IT IS ORDERED:** that pursuant to agreement between the parties, the stipulation as set forth above is granted.

Dated:  July 13, 2016.

Hon. Edmund F. Brennan
U.S. Magistrate Judge