UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CSP-SOLANO, Warden,<br><br>　　　　Respondent. | No.  2:14-cv-2268 MCE DB P<br><br><br><br>ORDER |

  Petitioner, a state prisoner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 30, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed January 30, 2017 (ECF No. 41) are adopted in full;

1

2. Petitioner's motion to stay these proceedings pending exhaustion (ECF No. 36) is granted; and

3. Petitioner is advised that the court expects him to pursue his remaining state court post-conviction remedies without delay.  Petitioner is ordered to inform this court within thirty days of a decision by the California Supreme Court on his exhaustion petition.

IT IS SO ORDERED.

Dated:  March 3, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DLB:9
Jack2268.801.hc

2