UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON, | No. 2:14-cv-2268 MCE DB P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, represented by counsel, proceeding with a habeas petition under 28 U.S.C. § 2254. On March 6, 2017, the court stayed these proceedings to permit petitioner to exhaust state remedies. (ECF No. 42.) Petitioner has informed the court that the California Supreme Court denied his state habeas petition on August 30, 2017. (<u>See</u> ECF No. 43.)

The parties have stipulated to an extension of the stay of these proceedings until November 27, 2017, when petitioner intends to file his amended petition in this court. (ECF No. 43.)

The court finds good cause for an extension of the stay. Accordingly, IT IS HEREBY ORDERED that:

////

////

1

1. The stay of these proceedings is extended to November 27, 2017; and

2. By November 27, 2017, petitioner shall filed his amended petition.

IT IS SO ORDERED.

Dated:  September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE