UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON, | No. 2:14-cv-2268 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, represented by counsel, proceeding with a habeas petition under 28 U.S.C. § 2254. On March 6, 2017, the court stayed these proceedings to permit petitioner to exhaust state remedies. (ECF No. 42.) Petitioner has informed the court that the California Supreme Court denied his state habeas petition on August 30, 2017. (See ECF No. 43.)

The parties previously stipulated to an extension of the stay of these proceedings until November 27, 2017. (ECF No. 43.) On November 21, 2017, petitioner filed a second stipulation to extend the stay of these proceedings through January 3, 2018. (ECF No. 45.)

The court finds good cause for this second extension of the stay. Accordingly, IT IS HEREBY ORDERED that:

////

////

1

1. The stay of these proceedings is extended to January 3, 2018; and

2. By January 3, 2018, petitioner shall file his amended petition.

IT IS SO ORDERED.

Dated: December 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE