1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **RACARDO JACKSON,**                        No. 2:14-cv-2268 MCE DB P
12
                                Petitioner,    **ORDER**
13
               **v.**
14
15  **MARTIN BITER, WARDEN,**
16
                                Respondent.
17

18          Good cause appearing, Respondent's motion for an extension of time (ECF No. 50) is

19  granted.  It is hereby ordered that Respondent may have until June 7, 2018, to file his answer the

20  application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so

21  by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days

22  of the date the answer is filed.

23          Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set

24  forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If

25  Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

26  opposition or statement of non-opposition within thirty (30) days of the date the motion is filed,

27  and Respondent shall file with the Court and serve on Petitioner a reply within fifteen (15) days

28  of the date any opposition is filed.

1     Respondent has advised the Court that Petitioner is currently in custody at the California

2     State Prison in Corcoran, California, the Warden for which is Martin Biter.  Accordingly, the

3     Clerk shall amend Respondent's designation in the caption for this case to reflect Petitioner's

4     current custodian, Martin Biter, Warden.

5          **IT IS SO ORDERED**.

6          DATED:  April 9, 2018

7

8

9                                   /s/  DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DLB:9
     DB/orders/prisoner-habeas/Jack2268.answ eot
26

27

28