MICHAEL B. BIGELOW
Attorney at Law
State Bar Number 065211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
E-Mail LawOffice.mbigelow@gmail.com

Attorney for Petitioner
Racardo Jackson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RACARDO JACKSON, | ) | No. 2:14-cv-2268 MCE-DB P |
| | ) | |
| Petitioner | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER EXTENDING |
| | ) | TIME TO FILE TRAVERSE |
| MARTIN BITER, Warden | ) | |
| | ) | |
| Respondent. | ) | |

On August 1, 2018, respondent filed his answer to the petitioner's petition for a writ of habeas corpus. By this Court's previous order petitioner's traverse is due on or before August 30, 2018.

By this request undersigned is requesting an additional 60, days, up to and including October 29, 2018, within which to file these documents. Respondent has graciously agreed.

In the past 30 days undersigned has worked on a complicated restitution matter in the matter of the United States v Sing,

-1-

and another restitution matter in the matter of the United States v. Gekko. I have also worked on the opening brief in the matter of the United States v. Lampkin, and on the opening brief in the matter of the United States v. Keehn. Complicating matters is the fact that respondent in this matter has included with his answer some twenty-nine exhibits and an untold number of pages, many of which have been referenced in his pleadings. Finally, undersigned will be out of the country for part of October.

Respondent's counsel and I have discussed this request and he has graciously agreed.

For the above stated reasons, petitioner is requesting that an extension of time to file the petitioner's traverse in this matter, up to and including October 29, 2018 be granted.

DATED: August 25, 2018           Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow

**IT IS SO STIPULATED**

DATED: August 25, 2018           Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Petitioner

DATED: August 25, 2018          Respectfully submitted,

                                /s/GREGORY OTT
                                Gregory Ott
                                Attorney for Respondent

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation, petitioner's traverse in the above matter shall be due on or before October 29, 2018.

DATED: August 27, 2018

                                /s/   DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE