1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RACARDO JACKSON,                        No.  2:14-cv-2268-MCE-DB P

12                   Petitioner,

13         v.                                 **<u>ORDER</u>**

14    MARTIN BITER,

15                   Respondent.

16

17         Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ

18    of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On June 29, 2020, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Respondent has filed

23    objections to the findings and recommendations.  Petitioner filed a response to the objections.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

1

1

Accordingly, IT IS HEREBY ORDERED that:

2

1.  The findings and recommendations filed June 29, 2020, are **ADOPTED** in full;

3

2.  Petitioner's petition for a writ of habeas corpus is **GRANTED** on the bases that: (1)

4

the prosecutor's questions and argument regarding petitioner's post-Miranda silence violated

5

petitioner's Fifth Amendment rights, and (2) petitioner's Sixth Amendment right to the effective

6

assistance of counsel was violated by his trial attorney's failure to object to the prosecutor's

7

questions and argument regarding petitioner's silence;

8

3.  In all other respects, the petition is **DENIED;** and

9

4.  The court **DECLINES** to issue the certificate of appealability referenced in 28 U.S.C.

10

§ 2253.

11

12

Dated:  March 17, 2021

13

14

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2