MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
PEGGY S. RUFFRA, State Bar No. 117315
Supervising Deputy Attorney General
GREGORY A. OTT, State Bar No. 160803
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3838
 Fax: (415) 703-1234
 E-mail: Gregory.Ott@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RACARDO JACKSON,** | 2:14-cv-2268 MCE DB P |
| Petitioner, | **STIPULATION AND ORDER CONCERNING RELEASE OR RETRIAL** |
| v. | |
| **MARTIN BITER, WARDEN,** | |
| Respondent. | |

On March 18, 2021, this Court adopted in full the Magistrate Judge's Findings and Recommendations, and granted the petition for writ of habeas corpus on two grounds. Dkt. 64. The Court did not, however, provide a timeline for release or retrial. *See id*. Accordingly, Petitioner Racardo Jackson and Respondent Martin Biter, Warden, by and through their respective undersigned counsel, hereby stipulate as follows:

Respondent shall release Petitioner Racardo Jackson unless the state commences proceedings to retry him within ninety (90) days of this Court's March 18, 2021, Order granting the petition for writ of habeas corpus. Respondent reserves the right to move this Court for a stay of Petitioner's conditional date of release in the event Respondent files a Notice of Appeal in this Court.

Dated: April 9, 2021                                                  Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General


*s/ Gregory A. Ott*
GREGORY A. OTT
Deputy Attorney General
*Attorneys for Respondent*


*s/ Michael B. Bigelow*
MICHAEL B. BIGELOW
Attorney at Law
*Attorney for Petitioner*

**ORDER**

IT IS SO ORDERED.

Dated: April 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE