UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON, | No. 2:14-cv-2268 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CSP-SOLANO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to both parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 75.)  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 27, 2021 (ECF No. 75), are adopted in full; and

2. Respondent's motion for stay pending appeal (ECF No. 72) is granted.

IT IS SO ORDERED.

Dated:  December 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE