UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACARDO JACKSON, | No. 2:14-cv-2268 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| MARTIN BITER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  By order dated March 17, 2021, the petition for writ of habeas corpus was granted in part and denied in part.  (ECF No. 64.)  Thereafter, respondent filed a notice of appeal.  (ECF No. 67.)  On July 21, 2023, the Ninth Circuit reversed this court's decision granting in part petitioner's petition for writ of habeas corpus.  In accordance with the Ninth Circuit's decision, the petition for writ of habeas corpus is DENIED.

IT IS HEREBY ORDERED that:

1. The Petition for writ of habeas corpus is DENIED; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 20, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE